# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Salvador Reynaldo Garcia Moreno | CRIMINAL COMPLAINT CASE<br><br>NUMBER:   23-2912MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Yuma in the District of Arizona, the defendants committed the crime of Smuggling Goods from the United States, in violation of Title 18, United States Code (U.S.C.) § 554(a) offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Jesus Alvarez
Name of Complainant

JESUS ALVAREZ    Digitally signed by JESUS ALVAREZ
Date: 2023.12.15 18:49:47 -07'00'
Signature of Complainant

Sworn to telephonically before me

12/18/23
Date

at    Yuma, Arizona
City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

**Smuggling Goods from the United States**

On or about December 14, 2023, in the District of Arizona, and elsewhere, Defendant SALVADOR REYNALDO GARCIA MORENO knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that are:

- Century Arms, model VSKA, 7.62 caliber pistol, serial number SV7141138.
- Girsan, model MC9 T, 9mm caliber pistol, serial number T6368-23CZ00445.
- Seventeen 9mm caliber rounds of ammunition.

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Jesus Alvarez, a Special Agent with The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that on or about December 14, 2023, I became involved in an investigation involving an individual identified as Salvador Reynaldo GARCIA MORENO.  Your affiant determined that on December 14, 2023, the above individual at one point or another, attempted, or had before, smuggled firearms into Mexico.

In this affidavit, I believe there is probable cause to believe that Salvador Reynaldo GARCIA MORENO committed Title 18 U.S.C. § 554(a) (Smuggling Goods from the United States).

## PRELIMINARY BACKGROUND INFORMATION

1.    I am a Special Agent with Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since March 2015. I am currently assigned to the ATF Los Angeles Field Division, El Centro Field Office, Yuma Satellite Office.

2.    I received my formal training at the Federal Law Enforcement Training Center ("FLETC"), located in Glynco, Georgia, completing both the Criminal Investigator Training Program and Special Agent Basic Training.  During these two (2) academies at FLETC, I received specialized training in several law enforcement criteria including, but not limited to, the following: writing of legal documents such as court orders and warrants, the handling of evidence, proper search procedures, and understanding United States Code ("U.S.C.") relating to firearms, explosives, arson, alcohol, and tobacco.

3.    As an ATF Special Agent my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Titles 18, 21, and 26 of the U.S.C.  I have personally

participated in and conducted criminal investigations pertaining to the illegal acquisition of firearms, possession of firearms by prohibited persons, smuggling of firearms and narcotics, investigations involving interstate and international firearms trafficking, and investigations involving narcotics trafficking.  As such, the result of many of these investigations have led to arrests; searches; and seizures of individuals, property, firearms, and narcotics involved in violations of Federal laws.

4.      The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by a confidential source; analysis of public records; analysis of social media information; analysis of telephone records; and analysis of financial records.

5.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

## DETAILS OF THE INVESTIGATION

6.      In 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents became aware of a Gray GMC Yukon bearing Mexico Sonora Plate VWM44B which would smuggle firearms to Mexico.  Once the vehicle entered the United States, the vehicle would load an unknown number of firearms in the speaker box of the vehicle.  The vehicle would then cross back into Mexico, therefore smuggling the firearms from the United States.

7.      On December 14, 2023, at approximately 19:49 hours, agents were made aware of the vehicle crossing the US/Mexico border.  Agents advised Custom Border Protection (CBP) Officers to conduct surveillance on the outbound lanes in case the vehicle attempted to return to Mexico.

8.      Later in the evening, CBP Officers observed the vehicle in the outbound lanes in attempt to drive into Mexico.  CBP Officers stopped the vehicle and had it sent to secondary inspection.  Salvador Reynaldo GARCIA MORENO was the sole occupant. While at the secondary inspection area, at approximately 21:57 hours, CBP opened the speaker box located in the trunk of the vehicle.  During the search, CBP Officers located firearms and ammunition.

9.      During a post Miranda interview, GARCIA MORENO informed agents he was contacted by "Elmer Castro" to come to the United States and pick up firearms.  GARCIA MORENO applied for entry into the U.S. and proceed to Castro's residence in San Luis, AZ.  Once at the residence, GARCIA MORENO and Castro concealed the firearms and ammunition inside a speaker box to smuggle the items to The Republic of Mexico.

10.     GARCIA MORENO stated he previously smuggled two (2) additional firearms on a separate occasion approximately three (3) to four (4) prior.  During that smuggling event GARCIA MORENO was paid $250 per firearm to export the firearms.

11.     GARCIA MORENO admitted to knowing firearms were illegal in Mexico and stated he did not have an import/export license or a Federal Firearms License (FFL).

**Firearms/Ammunition Attempted to be Smuggled into Mexico**

12.     The following list of firearms and ammunition were attempted to be smuggled into Mexico, and seized by ATF on December 14, 2023:

- Century Arms, model VSKA, 7.62 caliber pistol, serial number SV7141138.
- Girsan, model MC9 T, 9mm caliber pistol, serial number T6368-23CZ00445.
- Seventeen 9mm caliber rounds of ammunition.

13.     Based on my training and experience, your affiant knows Century Arms and Girsan firearms are manufactured outside of the state of Arizona. Therefore, they would have travelled across state lines to be in Arizona.

//

//

## CONCLUSION

14.    Based on the foregoing, I believe that there is probable cause Salvador Reynaldo GARCIA MORENO committed Title 18 U.S.C. § 554(a) (Smuggling Goods from the United States).


JESUS ALVAREZ
Digitally signed by JESUS ALVAREZ
Date: 2023.12.15 18:56:28 -07'00'

JESUS ALVAREZ
Special Agent
The Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed electronically this __18TH__ day of December, 2023.


HONORABLE JAMES F. METCALF
United States Magistrate Judge

**Weekend Probable Cause Statement**

I, Jesus Alvarez, being duly sworn, do state the following:

 LOCATION: YUMA COUNTY, ARIZONA.

 VIOLATION: 18 U.S.C. § 554(a)

 FACTS:

In 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents became aware of a Gray GMC Yukon bearing Mexico Sonora Plate VWM44B which would smuggle firearms to Mexico. Once the vehicle entered the United States, the vehicle would load an unknown number of firearms in the speaker box of the vehicle.  The vehicle would then cross back into Mexico, therefore smuggling the firearms from the United States.

On December 14, 2023, at approximately 19:49 hours, agents were made aware of the vehicle crossing the US/Mexico border.  Agents advised Custom Border Protection (CBP) Officers to conduct surveillance on the outbound lanes in case the vehicle attempted to return to Mexico.

Later in the evening, CBP Officers observed the vehicle in the outbound lanes in attempt to drive into Mexico.  CBP Officers stopped the vehicle and had it sent to secondary inspection.  Salvador Reynaldo GARCIA MORENO was the sole occupant. While at the secondary inspection area, at approximately 21:57 hours, CBP opened the speaker box located in the trunk of the vehicle.  During the search, CBP Officers located firearms and ammunition.

During a post Miranda interview, GARCIA MORENO informed agents he was contacted by "Elmer Castro" to come to the United States and pick up firearms. GARCIA MORENO applied for entry into the U.S. and proceed to Castro's residence in San Luis, AZ. Once at the residence, GARCIA MORENO and Castro concealed the firearms and ammunition inside a speaker box to smuggle the items to The Republic of Mexico.

GARCIA MORENO stated he previously smuggled two

(2) additional firearms on a separate occasion approximately three (3) to four (4) prior. During that smuggling event GARCIA MORENO was paid $250 per firearm to export the firearms.

GARCIA MORENO admitted to knowing firearms were illegal in Mexico and stated he did not have an import/export license or a Federal Firearms License (FFL).

### Firearms/Ammunition Attempted to be Smuggled into Mexico

The following list of firearms and ammunition were attempted to be smuggled into Mexico, and seized by ATF on December 14, 2023:

- Century Arms, model VSKA, 7.62 caliber pistol, serial number SV7141138.
- Girsan, model MC9 T, 9mm caliber pistol, serial number T6368-23CZ00445.
- Seventeen 9mm caliber rounds of ammunition.

Based on my training and experience, your affiant knows Century Arms and Girsan firearms are manufactured outside of the state of Arizona. Therefore, they would have travelled across state lines to be in Arizona.

JESUS ALVAREZ

Digitally signed by JESUS ALVAREZ
Date: 2023.12.15 18:58:05 -07'00'

Jesus Alvarez
Special Agent
The Bureau of Alcohol, Tobacco, Firearms and Explosives

**Finding of Probable Cause**

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of 2 pages, I find probable cause to believe that the defendant named therein committed the offenses on the December 14, 2023, in violation of Title 18, United States Code, 554(a)

Finding Made on: Date 12/15/2023

Time 9:58 pm

Signed: _____
                      James F. Metcalf
              United States Magistrate Judge